[No. 19924-6-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD B. COX, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 95-1-00086-5, William E. Howard, J., entered September 14, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 19966-1-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EFREN JIMENEZ-ARMENTA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-02938-0, Arthur W. Verharen, J., entered September 21, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 19995-5-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON AUSTIN SPOONER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-8-01333-1, Rosanne Buckner, J., entered September 18, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong and Hunt, JJ.

[No. 20086-4-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD EDWARD HIIVALA, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00029-0, George L. Wood, J., entered November 3, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Morgan, J.